1  Kevin R. Crisp (Bar No. 97504)
   Robert D. Tobey (Bar No. 224652)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone:  415.546.7500
4  Facsimile:  415.546.7505

5  Attorneys for Defendants Black & Decker (U.S.) Inc.
   and Platt Electric Supply, Inc.

6

**FILED**

JUL 27 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7                                                     *Fee paid*
                                                       *NP*    ③

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           (SAN JOSE DIVISION)

                                                CV 12-03969

11 ARTHUR R. YOST and ERIKA YOST,,        )   Case No.
                                          )
12              Plaintiffs,               )   NOTICE OF REMOVAL
                                          )
13        vs.                             )   Santa Clara County Superior Court Case
                                          )   No. 112CV225252
14 DEWALT INDUSTRIAL TOOL CO.;            )
   PLATT ELECTRICAL SUPPLY, INC.,         )
15 DOES 1 TO 100,                         )
                                          )
16              Defendants.               )
                                          )

                                                                    HRL

17

18 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19        Pursuant to 28 U.S.C. sections 1332, 1441 and 1446, Defendant BLACK &

20 DECKER (U.S.), INC., sued as DOE One (1), erroneously as Stanley Black & Decker,

21 Inc., in the action entitled *Yost, et al v. Dewalt Industrial Tool Co., et al.*, Case No.

22 112CV225252, pending in California Superior Court, Santa Clara County, hereby

23 removes this case to United States District Court for the Northern District of California,

24 San Jose Division, on the basis of diversity of citizenship.

25        In support of such removal, Defendant states as follows:

26        1.    On May 24, 2012, Plaintiffs ARTHUR R. YOST, JR. and ERIKA YOST

27 (hereinafter "Plaintiffs") filed their personal injury Complaint in Santa Clara County

28 Superior Court under Case No. 112CV225252 (hereinafter referred to as "State Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000349
3955242.1                                  1

1   Action"). A true and correct copy of the Complaint is attached hereto as <u>Exhibit A</u>.

2        2.     Plaintiffs' Complaint is silent as to any specific amount in controversy.

3   Other than checking the box denoting the "Action is an Unlimited Civil Case (exceeds

4   $25,000)," no specific amount of controversy could reasonably be inferred or ascertained

5   by Plaintiffs' initial pleading. The amount in controversy was first ascertained on July 13,

6   2012 via request and receipt of Plaintiffs' Statement of Damages, which indicates an

7   amount in controversy that exceeds the sum or value of $75,000 exclusive of interest and

8   costs, thus, the case has become removable as of July 13, 2012.

9        3.     On May 25, 2012, Plaintiffs filed a DOE Amendment to their personal

10  injury Complaint naming "Stanley Black & Decker, Inc." as DOE One (1) in the State

11  Court Action. A true and correct copy of the DOE Amendment to Complaint is attached

12  hereto as <u>Exhibit B</u>.

13       4.     On or about May 31, 2012, DeWalt Industrial Tool Co, and Black &

14  Decker (U.S.) Inc. were served with the Summons and Complaint. A true and correct

15  copy of the Summons is attached hereto as <u>Exhibit C</u>.

16       5.     Concurrent with the Summons and Complaint, a Notice of First Case

17  Management Conference was also served with the Summons and Complaint. A true and

18  correct copy of the Notice and Order is attached hereto as <u>Exhibit D</u>.

19       6.     Attached as <u>Exhibit E</u> is a true and correct copy of Black & Decker (U.S.)

20  Inc.'s (Hereinafter "Defendant") Answer to the Complaint, which was filed in the State

21  Court Action on June 28, 2012.

22       7.     On June 28, 2012, Defendant served Plaintiffs with a Request for Statement

23  of Damages. A true and correct copy of this Request is attached hereto as <u>Exhibit F</u>.

24       8.     On July 13, 2012, Defendant received Plaintiffs' Statement of Damages. A

25  true and correct copy of Plaintiffs' Statement is attached hereto as <u>Exhibit G</u>.

26       9.     Pursuant to 28 U.S.C. section 1332, this Court has original jurisdiction over

27  the Complaint. Specifically, "[t]he district courts shall have original jurisdiction of all

28  civil actions where the matter in controversy exceeds the sum or value of $75,000,

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000349
3955242.1

2

1  exclusive of interest and costs, and is between ... citizens of different States." 28 U.S.C.

2  § 1332(a).  As the following demonstrates, this action is between citizens of different

3  states and the amount in controversy exceeds the sum of $75,000, exclusive of interest

4  and costs.

5       10.    Pursuant to 28 U.S.C. section 1446, this Notice of Removal is timely made.

6  Specifically, "[I]f the case stated by the initial pleading is not removable, a notice of

7  removal may be filed within thirty days after receipt by the defendant, through service or

8  otherwise, of a copy of an amended pleading, motion, order or other paper from which it

9  may first be ascertained that the case is one which is or has become removable." 28

10  U.S.C. § 1332(b)(3). Further, "[i]f the case stated by the initial pleading is not removable

11  solely because the amount in controversy does not exceed the amount specified in section

12  1332 (a), information relating to the amount in controversy in the record of the State

13  proceeding, or in responses to discovery, shall be treated as an "other paper" under

14  subsection (b)(3)." U.S.C. § 1332(c)(3)(A).

15       11.    This action arises out of a dispute wherein Plaintiffs have alleged claims for

16  (1) Products liability; (2) General negligence; and (3) Plaintiff Erika Yost alleges a claim

17  for loss of consortium.  Plaintiffs claim the alleged injury occurred on October 11, 2011

18  at Buffalo Wild Wings Restaurant in San Jose, California, and filed this action in Santa

19  Clara County Superior Court. Plaintiffs claim the product that allegedly caused the injury

20  was designed and manufactured by defendants DeWalt Industrial Tool Co. and Does 1-

21  60, and purchased by Plaintiffs from Platt Electrical Supply, Inc. As such, this action

22  should be assigned  to the San Jose Division of the United States District Court for the

23  Northern District of California.

24       12.    Plaintiffs seek economic and non-economic damages for alleged injuries

25  from a ladder fall, which Plaintiffs claim caused "severe physical injuries." Plaintiffs'

26  Statement of Damages served on July 12, 2012, and received by Defendant on July 13,

27  2012, lists the following claimed damages: Past wage loss in the amount of $350,000;

28  future wage loss and loss of earning capacity in the amount of $3,500,000; past medical

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000349
3955242.1

3

1  expenses in the amount of $1,000,000; future medical expense in the amount of

2  $1,000,000; past suffering and disability in the amount of $1,000,000; future suffering

3  and disability in the amount of $4,000,000; loss of consortium in amount of $650,000;

4  and exemplary/punitive damages in the amount of $15,000,000.

5      13.    Black & Decker (U.S.), Inc., sued as DOE One (1) erroneously named as

6  Stanley Black & Decker, Inc., is a corporation incorporated under the laws of the State of

7  Maryland and has its principle place of business in Maryland. DeWalt Industrial Tool Co.

8  (DeWalt), a trade name owned by Black & Decker (U.S.), Inc., was erroneously named

9  as a defendant. Black & Decker (U.S.), Inc. responds to Plaintiffs' complaint, and

10  acknowledges that it does business under this trade name. In the event Plaintiffs refuse to

11  dismiss DeWalt,  Black & Decker (U.S.), Inc. will also enter an appearance for Black &

12  Decker (U.S.), Inc. doing business under the trade name DeWalt.  A true and correct copy

13  of documents evidencing such incorporation and citizenship (and ownership) obtained

14  from the State of Maryland's relevant Website are attached to the Declaration of Robert

15  D. Tobey.

16      14.    Black & Decker(U.S.), Inc. is an indirect wholly-owned subsidiary of

17  Stanley Black & Decker. Notwithstanding, Stanley Black & Decker, Inc. is incorporated

18  under the laws of the State of Delaware with its principal place of business in

19  Connecticut. A true and correct copy of documents evidencing such incorporation and

20  citizenship obtained from the States of Delaware and Connecticut's relevant Websites are

21  attached to Declaration of Robert D. Tobey.

22      15.    Defendant Platt Electrical Supply, Inc. is a corporation incorporated under

23  the laws of the State of Oregon and has its principle place of business in Beaverton,

24  Oregon. A true and correct copy of documents evidencing such incorporation and

25  citizenship obtained from the State of Oregon's relevant Website are attached to

26  Declaration of Robert D. Tobey.

27      16.    A corporation is a citizen of its state of incorporation and the state where it

28  has its principal place of business. 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 130 S.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000349
3955242.1

4

1  Ct. 1181 (2010) (finding that corporation's "nerve center" is its principle place of

2  business for purposes of federal-court diversity jurisdiction under 28 U.S.C.

3  § 1332(c)(1)).

4        17.    Defendant is informed and believes that Plaintiffs are California residents.

5        18.    This case is a suit of a wholly civil nature brought in California State Court.

6  Pursuant to 28 U.S.C. section 1441(a), this civil action may be removed by Defendants to

7  this Court.  Because Plaintiffs filed the State Court Action in Santa Clara County,  the

8  United States District Court for the Northern District of California, San Jose Division, is

9  the appropriate venue for removal of the State Court Action.  *See* 28 U.S.C. § 84(a) and

10  Northern District of California Local Rule 3-2(e).

11        19.    Accordingly, and based on the foregoing, this Court has original

12  jurisdiction over the Complaint, and removal to this Court from Santa Clara County

13  Superior Court is proper, pursuant to 28 U.S.C. §§ 1332 and 1441 respectively.

14        20.    Pursuant to 28 U.S.C. section 1446(b)(3), this Notice of Removal is timely

15  filed within thirty days after Defendant received a copy of Plaintiffs' Statement of

16  Damages, from which it was first ascertained that the amount in controversy exceeds

17  $75,000, thus, is or has become removable.

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000349
3955242.1

5

1       21.    Pursuant to 28 U.S.C. section 1446(d), Defendant will promptly provide

2 written notice of removal of this action to Plaintiff, and will promptly file a copy of this

3 Notice of Removal with the Clerk of the Santa Clara County Superior Court.

4

5      WHEREFORE, Defendant BLACK & DECKER (U.S.), INC. respectfully requests

6 that this Court assume jurisdiction over this action in accordance with 28 U.S.C. sections

7 1332, 1441 and 1446.

8

9 Dated: July 27, 2012               HAIGHT BROWN & BONESTEEL LLP

10

11                   By:

                      Kevin R. Crisp

12                  Robert D. Tobey

                    Attorneys for Defendant

13                  BLACK & DECKER (U.S.) INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

SW05-0000349
3955242.1

6