1  Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
   Aaron B. Markowitz, Esq. (State Bar No. 220694)
2  CARCIONE, CATTERMOLE, DOLINSKI,
   STUCKY, MARKOWITZ & CARCIONE, L.L.P.
3  601 Brewster Avenue
   P.O. Box 3389
4  Redwood City, CA 94064-3389
   Telephone: (650) 367-6811
5  Facsimile:  (650) 367-0367
   e-mail: carcionelaw@yahoo.com
6
   Attorneys for Plaintiffs
7
   Kevin R. Crisp, Esq. (State Bar No. 97504)
8  HAIGHT BROWN & BONESTEEL, LLP
   Kevin R. Crisp, Esq.
9  555 South Flower St., 45th Floor
   Los Angeles, CA  90071
10 Telephone: (213) 542-8000
   Facsimile:  (213) 542-8100
11 e-mail: kcrisp@hbblaw.com;

12 Attorneys for Defendants
   Black & Decker (U.S) Inc. and Platt Electric Supply, Inc.
13

14

FILED

JUL 0 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

18

19 ARTHUR R. YOST, JR.; ERIKA YOST,        Case No.  CV-12-03969-JST

20              Plaintiffs,
                                           ~~JOINT STIPULATION OF THE PARTIES~~
21 vs.                                     ~~AND [PROPOSED]~~ ORDER TO EXTEND
                                           TIME FOR DISCOVERY
22 DEWALT INDUSTRIAL TOOL CO.;
   PLATT ELECTRIC SUPPLY, INC., DOES       [Civil L.R. 6-2 and 7-12]
23 1 TO 100,
                                           Dept. 9
24              Defendants.                Dis. Ct. Judge: Hon. Jon. S. Tigar
                                     /
25

26

27

28

                                                            Case No.  CV-12-03969-JST
                                        1.
206670 / abm   JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO EXTEND TIME FOR DISCOVERY

1       WHEREAS on October 23, 2012 this Court set the following deadlines for
2 discovery:

| | |
|---|---|
| 3   Close of Non-Expert Discovery: | August 16, 2013 |
| 4   Last Day for Expert Disclosure: | December 3, 2013 |
| 5   Last Day for Expert Discovery | December 17, 2013 |

8       WHEREAS there were several factors delaying the completion of discovery:

9-11 •   Defendant has learned that the component part that failed at the time of the subject incident was manufactured by someone other than the defendants to this action;

12-14 •   Defendant has contractual indemnity from this third-party and therefore tendered to that third party for its defense, which tender has since been accepted;

15-18 •   Defendant has had some difficulty in obtaining, gathering, and producing documents responsive to Plaintiff's document requests and therefore much of the documents responsive to Plaintiff's document requests were only just produced on June 24, 2013;

19-20 •   The parties are meeting and conferring on this discovery in hopes of resolving any disputes and avoiding court intervention;

21-24 •   Plaintiff has noticed the deposition of Defendant pursuant to F.R.Civ.P. Rule 30(b), which deposition is awaiting resolution of any issues relative to the document production and the production of any remaining responsive documents.

25 ///
26 ///
27 ///
28 ///

1  WHEREAS the parties need an additional 60 days to complete discovery.

3  WHEREAS there have not been any prior extensions of time for discovery.

5  WHEREAS the parties do not believe that this additional time for discovery will
6  affect the trial date or any other deadlines in this matter.

8  WHEREAS the parties intended to raise this matter in their Case Management
9  Statement which they had prepared to be filed today, and at the Case Management
10 Conference set for July 10, 2013, but the Court vacated that Case Management
11 Conference.

14  THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
15  1. The parties jointly ask this Court to Amend the Scheduling Order in this
16  matter as follows:

17  Non-expert discovery completed by          October 18, 2013
18  Initial expert disclosures by              November 15, 2013
19  Expert discovery completed by              January 17, 2014

21  2. All other dates to remain the same.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1
2   IT IS SO STIPULATED.
3
    Dated: July 2, 2013                    CARCIONE, CATTERMOLE, DOLINSKI,
4                                          STUCKY, MARKOWITZ & CARCIONE, LLP
5
6                                          By: /s/ Aaron B. Markowitz, Esq.
                                               Aaron B. Markowitz
7                                              Attorneys for Plaintiffs
                                               Arthur R. Yost, Jr. and Erika Yost
8
9
    Dated: July 2, 2013                    HAIGHT BROWN & BONESTEEL, LLP
10
11
                                           By: /s/ Kevin Crisp, Esq.
12                                             Kevin R. Crisp
                                               Attorneys for Defendants
13                                             Black & Decker U.S.) Inc. and
                                               Platt Electrical Supply, Inc.
14
15
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
        The court will not consider this extension as a
17  basis to continue any other deadline in the case.
18  Dated: 7/3/13
19                                             Hon. Jon S. Tigar
                                               Judge of the District Court
20
21
22
23
24
25
26
27
28

Case No. CV-12-03969-JST
4.

206670 / abm   JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO EXTEND TIME FOR DISCOVERY