Kevin R. Crisp (Bar No. 97504)
Jeffrey A. Vinnick (Bar No. 137005)
Elizabeth P. Trent (Bar No. 272258)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendants Stan Black & Decker (U.S.) Inc. and Platt Electric Supply, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. YOST, JR.; ERIKA YOST,<br><br>Plaintiffs,<br><br>vs.<br><br>DEWALT INDUSTRIAL TOOL CO.;<br>PLATT ELECTRICAL SUPPLY, INC.,<br>DOES 1 TO 100,<br><br>Defendants. | Case No. 3:12-cv-03969 JST<br><br>[Assigned to Judge Jon S. Tigar]<br><br>Related Case:<br>Yost v. Rohm Co., Ltd.<br>No. 4:13-cv-5203-YGR<br><br>**DECLARATION OF ARIS CLEANTHOUS**<br><br>Date:  March 20, 2014<br>Time:  2:00 PM<br>Ctrm:  9 |

I, Aris Cleanthous, declare as follows:

1. I have a BS degree in mechanical engineering from University of Maryland, and a MS degree in mechanical engineering from Stanford University. I also have an MBA degree from John Hopkins University.

2. I was the person at Black and Decker primarily tasked with the goal of improving the Rohm keyless chuck that was used on the DC 927 and DC 925 drills so that it would be more reliable on the DCD 950/970 drills that were being designed at the time.

3. The XRP line of cordless drills, which included the earlier DC 925 and DC 927 models, as well as the DCD 950/970 models involved in this case, is considered a

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P
Los Angeles

SW05-0000349
10012930.1

1

DECLARATION OF ARIS CLEANTHOUS

very significant, signature product in the Dewalt-branded tool line. The tools are intended for professionals and serious do-it-yourself users.

4. The company goal in designing the DCD 950/970 hammerdrills was to make significant improvements to the predecessor models in several areas. The performance of the chuck is important to customer satisfaction, and it was recognized that improvement might be possible and was desirable to the -75 model of chuck used on the DC 925/927 predecessor models. Areas of concern and opportunities for potential improvement with the Rohm -75 chuck included issues on some units with the sleeve unlocking when the tool braked, over tightening of the chuck on an accessory, chucks getting stuck open, and chucks releasing accessories when the drill was reversed. My assignment was to suggest changes to improve the performance of the Rohm chuck in all these areas. The supplier, Rohm, was considered by Black & Decker the top manufacturer in the world of chucks for handheld drills. Rohm was amenable to working with Black & Decker, its customer, to make potential improvements to the -75 chuck.

5. At all times when working on this assignment, I viewed the purpose of the improvements as increasing the reliability of the chuck for consumers/users. I did not believe that the improvements were being made, or were necessary, to address safety concerns, nor have I ever been aware of a chuck issue on the model DC 925/927 allegedly causing a personal injury.

6. In the course of my work on this project, exemplar -75 chucks that had been returned were torn down to look for areas that could be mechanically improved. Testing was performed to confirm possible performance issues as mentioned in paragraph 4 of this declaration.

7. Various design changes were made to the -75 chuck to produce the -90 chuck that was used on the DCD 950/970 hammerdrill involved in this suit. These changes were the joint effort of Rohm and Black & Decker. Testing was done by both



LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10012930.1

2

DECLARATION OF ARIS CLEANTHOUS

companies to determine that these changes led to improvements in the performance of the redesigned chuck in the areas described above in paragraph 4 of this declaration. Testing confirmed that improvements were achieved in all areas, including possible releasing of a bit in reverse. The tests confirmed the validity of the improvements.

8. The -90 chuck was subjected to Black & Decker's standard chuck qualification procedures and tests. It passed. The -90 chucks were subjected to "ABR" testing under my supervision; this in-house testing included a severe test of the chuck by screwing lag bolts into pressure treated lumber, then backing them out again. The lag bolts were installed without a predrilled pilot hole that would have made the installation of the bolts easier. The -90 chucks passed the ABR testing and I personally reviewed the results of those tests. The satisfactory performance of the chucks in ABR testing was consistent with the tests done by Black & Decker and Rohm during the design of the -90 chuck.

9. In addition to laboratory testing, prototype model drills with the -90 Rohm chuck were put in the field for several months with contractors for actual use in real life projects. Although I was not personally involved in the field testing of the -90 chuck, it is my understanding that at the time it was marketed on the DCD 950/970 models, it had been successfully field tested.

10. After the product introduction of the DCD 950/970 drills, Black & Decker monitored warranty repairs on the drills and returns to retailers, in order to spot any potential weak points in the design in actual production tools. I have not personally done the math described by Mr. David Sitter in his deposition (approximately a tenfold increase in reliability) but my belief at the time of Mr. Yost's 2011 accident was that my project to improve the -75 drill had been very successful and that the -90 chuck was significantly more reliable than the predecessor -75 chuck.

//
//
//
//

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10012930.1

3

DECLARATION OF ARIS CLEANTHOUS

11. At the time the DCD 950/970 drills were put on sale, I was not aware of any keyless chuck that would be more reliable for cordless hammerdrill applications than the -90 chuck.

Executed on February 7, 2014, at Towson, MD USA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Aris Cleanthous

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10012930.1

4

DECLARATION OF ARIS CLEANTHOUS