Kevin R. Crisp (Bar No. 97504)
Jeffrey A. Vinnick (Bar No. 137005)
Elizabeth P. Trent (Bar No. 272258)
HAIGHT BROWN & BONESTEEL LLP
555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
Telephone: 213.542.8000
Facsimile: 213.542.8100

Attorneys for Defendants Stan Black & Decker (U.S.) Inc. and Platt Electric Supply, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. YOST, JR.; ERIKA YOST, | Case No. 3:12-cv-03969 JST |
| Plaintiffs, | [Assigned to Judge Jon S. Tigar] |
| vs. | Related Case:<br>Yost v. Rohm Co., Ltd. |
| DEWALT INDUSTRIAL TOOL CO.;<br>PLATT ELECTRICAL SUPPLY, INC.,<br>DOES 1 TO 100, | No. 4:13-cv-5203-YGR |
| | DECLARATION OF AMY AHLFELD |
| Defendants. | Date: March 20, 2014<br>Time: 2:00 PM<br>Ctrm: 9 |

I, Amy Ahlfeld, declare as follows:

1. I am employed by Defendant Black & Decker (US) Inc.

2. Prior to the introduction of the model 925/927 hammerdrills (the predecessors to the 950/970 models) I traveled to Germany with other Black & Decker employees to meet with representatives of Rohm GmbH.

3. Black & Decker considered Rohm its top tier supplier of chucks for drills intended for serious do-it-yourself or professional users.

4. During the meeting, Rohm, after listening to the Black & Decker requirement for a high quality, all metal keyless chuck for its new hammerdrill designs, presented us with the chuck model that is referred to internally as the -75 Rohm chuck.

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10012929.1

1

DECLARATION OF AMY AHLFELD

After qualification testing, the -75 chuck was the model that was ultimately used on the DC925 and DC927 chucks.

Executed on February 5, 2014, at Pinehurst, North Carolina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Amy Ahlfeld_
Amy Ahlfeld

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10012929.1

2

DECLARATION OF AMY AHLFELD