Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Joshua S. Markowitz, Esq. (State Bar No. 224256)
CARCIONE, CATTERMOLE, DOLINSKI,
STUCKY, MARKOWITZ & CARCIONE, L.L.P.
1300 S. El Camino Real, Suite 300
San Mateo, CA 94402
Telephone: (650) 367-6811
Facsimile: (650) 367-0367

Aaron B. Markowitz, Esq. (Cal. SBN 220694)
MARKOWITZ LAW GROUP
501 Stockton Ave, Ste. 105
San Jose, CA 95126
Telephone: (408) 642-5937
Facsimile: (408) 516-9576

Attorneys for Plaintiffs

Kevin R. Crisp, Esq. (State Bar No. 97504)
HAIGHT BROWN & BONESTEEL, LLP
Kevin R. Crisp, Esq.
555 South Flower St., 45th Floor
Los Angeles, CA 90071
Telephone: (213) 542-8000
Facsimile: (213) 542-8100
e-mail: kcrisp@hbblaw.com;

Attorneys for Defendants
Black & Decker (U.S) Inc. and Platt Electric Supply, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR R. YOST, JR.; ERIKA YOST, | Case No. 12-CV--03969-JST |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| DEWALT INDUSTRIAL TOOL CO.; PLATT ELECTRIC SUPPLY, INC., DOES 1 TO 100, | |
| Defendants. | Dept. 9 |
| _____ / | Dis. Ct. Judge: Hon. Jon. S. Tigar |

1.

WHEREAS on February 10, 2014 defendants filed a motion for partial summary judgment seeking adjudication of Plaintiffs' claim for punitive damages, which is set for hearing on March 27, 2014.

WHEREAS the "Comments" to United States District Court for the Northern District of California Local Rule 7, which Rule provides the deadlines for oppositions and replies to motions, states: "The time periods set forth in Civil L.R. 7-2 and 7-3 regarding notice, response and reply to motions are minimum time periods. For complex motions, parties are encouraged to stipulate to or seek a Court order establishing a longer notice period with correspondingly longer periods for response or reply. See Civil L.R. 1-4 and 1-5."

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. Plaintiffs' opposition to defendants' motion for summary judgment set for hearing on March 27, 2014 shall be filed and served through the Court's CM/ECF no later than March 10, 2014.

2. Defendants' reply to Plaintiff's opposition shall be filed and served through the Court's CM/ECF no later than March 20, 2014.

IT IS SO STIPULATED.

Dated: February 18, 2014         CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE, LLP

                                 By: /s/ Joseph W. Carcione, Esq.
                                     Attorneys for Plaintiffs

Dated: February 18, 2014         HAIGHT BROWN & BONESTEEL, LLP

                                 By: /s/ Kevin Crisp, Esq.
                                     Attorneys for Defendants
                                     Black & Decker (U.S.) Inc. and
                                     Platt Electrical Supply, Inc.

Dated: February 18, 2014                MARKOWITZ LAW GROUP

                                        By: /s/ Aaron B. Markowitz, Esq.
                                            Attorneys for Plaintiffs

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

   The hearing on the Motion for Summary Judgment is continued to April 17, 2014 at 2:00 p.m.

Dated: February 20, 2014

_____
Hon. Jon S. Tigar

**IT IS SO ORDERED AS MODIFIED**
Judge Jon S. Tigar

3.

JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT     Case No. CV-12-03969-JST

208947 / abm