1 | Kevin R. Crisp (Bar No. 97504)
Lee Marshall (Bar No. 82449)
2 | Jeffrey A. Vinnick (Bar No. 137005)
HAIGHT BROWN & BONESTEEL LLP
3 | 555 South Flower Street, Forty-Fifth Floor
Los Angeles, California 90071
4 | Telephone: 213.542.8000
Facsimile: 213.542.8100
5
Attorneys for Defendants Stanley Black & Decker
6 | (U.S.) Inc. and Platt Electrical Supply, Inc.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 | ARTHUR R. YOST, JR.; ERIKA YOST,    ) Case No. 3:12-cv-03969 JST
                                         )
12 |        Plaintiffs,                  ) [Assigned to Judge Jon S. Tigar, Dept. 9]
                                         )
13 |    vs.                              ) (Related Case: Yost v. Rohm Co., Ltd.
                                         )  No. 3:13-cv-05203 JST)
14 | DEWALT INDUSTRIAL TOOL CO.;         )
     PLATT ELECTRICAL SUPPLY, INC.;      ) **JOINT STIPULATION OF THE
15 | DOES 1 to 100,                      ) PARTIES AND [PROPOSED] ORDER
                                         ) TO EXTEND TIME FOR EXPERT
16 |        Defendants.                  ) DESIGNATION**
                                         )
17 |_____ ) [Civil L. R. 6-2, 7-12]

18      WHEREAS on October 23, 2012, this Court set the following deadlines for

19 | discovery:

20      Last Day for Expert Disclosures:           December 3, 2013

21

22      AND WHEREAS on July 3, 2013, this Court modified the schedule pursuant to

23 | stipulation of the parties as follows:

24      Initial Expert Disclosures by:             November 15, 2013

25

26      AND WHEREAS on October 16, 2013, this Court modified the schedule pursuant

27 | to stipulation of the parties as follows:

28      Initial Expert Disclosures by:             December 16, 2013

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10024609.1

1

JOINT STIPULATION OF THE PARTIES AND
[PROPOSED] ORDER TO EXTEND TIME FOR
EXPERT DESIGNATION

1     AND WHEREAS on December 10, 2013, this Court modified the schedule
2 pursuant to stipulation of the parties as follows:
3     Initial Expert Disclosures by:                 March 7, 2014
4
5     AND WHEREAS the parties have completed non-expert discovery, but need an
6 additional ten (10) days for their experts to finish their reports and complete their
7 designations.
8     AND WHEREAS the parties do not believe that this additional time for expert
9 disclosures and reports will affect the trial date or any other deadlines in this matter.
10
11     THE PARTIES STIPULATE AND AGREE AS FOLLOWS:
12     1.     The parties jointly ask this Court to Amend the Scheduling Order in this
13 matter as follows:
14     Initial Expert Disclosures by:                 March 17, 2014
15     2.     All other dates to remain the same.
16
17     IT IS SO STIPULATED.
18
19 Dated: February 27, 2014                 HAIGHT BROWN & BONESTEEL LLP
20
21                                           By: _____
22                                              Kevin R. Crisp
                                             Lee Marshall
23                                              Jeffrey A. Vinnick
                                             Attorneys for Defendants
24                                              Stanley Black & Decker (U.S.) Inc. and
                                             Platt Electrical Supply, Inc.
25
26
27
28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10024609.1

2

JOINT STIPULATION OF THE PARTIES AND
[PROPOSED] ORDER TO EXTEND TIME FOR
EXPERT DESIGNATION

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  February 27, 2014 | CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE, LLP |
| 3 | | |
| 4 | | |
| 5 | | By:  /s/ Aaron B. Markowitz |
| 6 | | Aaron B. Markowitz<br>Attorneys for Plaintiffs<br>Arthur R. Yost, Jr. and Erika Yost |
| 7 | | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 28, 2014

Honorable
Judge

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

SW05-0000349
10024609.1

3

JOINT STIPULATION OF THE PARTIES AND
[PROPOSED] ORDER TO EXTEND TIME FOR
EXPERT DESIGNATION