Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Joshua S. Markowitz, Esq. (State Bar No. 224256)
CARCIONE, CATTERMOLE, DOLINSKI,
STUCKY, MARKOWITZ & CARCIONE, L.L.P.
1300 S. El Camino Real, Suite 300
San Mateo, CA 94402
Telephone: (650) 367-6811
Facsimile: (650) 367-0367

Aaron B. Markowitz, Esq. (Cal. SBN 220694)
abm@markowitzlawgroup.com
MARKOWITZ LAW GROUP
501 Stockton Ave, Ste. 105
San Jose, CA 95126
Telephone: (408) 642-5937
Facsimile: (408) 516-9576

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTHUR R. YOST, JR.; ERIKA YOST,<br><br>Plaintiffs,<br><br>vs.<br><br>DEWALT INDUSTRIAL TOOL CO.;<br>PLATT ELECTRIC SUPPLY, INC., DOES<br>1 TO 100,<br><br>Defendants.<br>_____/ | Case No. 12-CV--03969-JST<br><br>**DECLARATION OF RICHARD BOHM**<br><br>Dept. 9<br>Dis. Ct. Judge: Hon. Jon. S. Tigar |

I, Richard Bohm, declare:

1. I am a certified contractor, a certified and rated FAA Airframe and Powerplant mechanic, and an expert in welding, fabrication, and machining. I have worked in the automobile, aviation and aerospace industries doing research and development, fabrication, machining and repair for over fifty years, and have used, built, and repaired thousands of tools in that time. Filed herewith as **Exhibit 1** is a true and correct copy of my resume.

2. The opinions expressed herein are based upon my education, background,

1.

1 research, training, consultation, and experience.

2     3.     I attended and participated in a joint inspection between Plaintiff, Black & Decker, and ROHM on January 21, 2014. During that inspection with representatives from Black and Decker and ROHM present, I tested the subject drill to determine its failure mode. First, I drilled into a piece of wood using a drill bit similar that used by Plaintiff during the subject incident. Then after the bit became jammed, I flipped the drill into its reverse mode to back the bit out of the wood. When I pulled the trigger to power the drill, the chuck opened instantly, releasing the bit. This was exactly what Plaintiff described in his deposition. [See Defendant's Exhibit B]. In my 50+ years of working with literally thousands of drills, this is the first time I have ever experienced such a problem with a drill.

    4.     Such a failure in a drill can have varying consequences depending on the situation that it occurs. When I performed my test it was under a controlled environment, but someone using this drill in real life applications could have severe consequences. Someone up on a ladder such as Plaintiff was can fall off and injure himself. Someone at a greater height, on the outside of a building for instance, could easily end up with worse injuries or dead.

    5.     At the January 21, 2014 joint inspection, I also tested a brand new exemplar drill. This brand new exemplar drill did not have the same problem that existed in the subject drill. During that joint inspection, a representative from ROHM disassembled the subject drill and the exemplar drill. After the subject drill and the exemplar drill were disassembled, it was discovered that the chucks had different part designations. While the chuck on the subject drill had a designation of "-90," the chuck on the exemplar drill had a designation of "-90A."

    6.     After the January 21, 2014 inspection, I, along with Dan Cook a fellow contractor, inspected and tested other DCD95/970 drills. Of all of the drills that we found, only one other drill had a "-90" chuck like the subject drill. All of the others had a "-90 A" chuck like the exemplar. Additionally, we were able to purchase some replacement chucks from a third party parts dealer. All of these were "-90A" chucks too. In all we were only able to find one other "-90" chuck similar to the subject drill.

7. I also tested several drills to see if any of them had the same defect as existed in the subject drill. I was only able to find one other drill that failed in the same way as the subject drill. It was the other drill with the "-90" chuck. So, while all of the drills with the "-90A" chuck did not suffer from this defect, the one other "-90" chuck that we found had the exact same problem as the subject drill, meaning it popped open when I put it through the test that I described above and it was loaded in reverse, just as the subject drill did.

8. On January 29, 2014, at an inspection with Gordon Lakso, I disassembled the one "-90" drill that we had found, which also had the same defect as the subject drill. This is the drill that is referred to as the "X5" drill as that was a tag placed on the drill for identification.

9. After we disassembled the drill marked "X5" for identification we reassembled it, but only after we replaced the pawl bias spring in the chuck with a pawl bias spring from a new "-90A" chuck. I then re-tested the drill. After the pawl bias spring was replaced, the drill no longer suffered from the defect that existed before.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on the 10th day of March, 2014 at Redding, California.

*Richard Bohm*
Richard Bohm