9192 Stillwater Road
Redding, California 96002

Phone 530-221-1716
Fax 530-221-1966
E-mail n2191@att.net

# Richard L. Bohm

**Objective**  Personal Resume

**Work experience**  1961 – 1962   Douglas Aircraft Co.   Santa Monica, California
R & D on ground support equipment for Skybolt missile and Saturn
Space vehicles. Including wiring and harnessing and testing of finished
Units.

1963 – 1967   Pacific Telephone   Inglewood, California
Maintained central office electronic switchgear (#5x-bar).

1967 – 1968   Hughes Aircraft Co.   Culver City, California
Aerospace group experimental Planner R & D Phoenix missile electronic
Unit guidance and control systems

1964 – 1970   United States Army Reserve 263rd Engineer Battalion Van Nuys, California

1974 – 1980 Opened Redding Off-Road Center   Redding, California
Fabrication of Off-Road race Cars.

1975 – Present   Received F.A.A. Private Pilot single/multi engine instrument rating.

1980 – Present  Opened A-Weldmaster   Redding, California
welding, fabrication and cnc machining and repair of aircraft parts.
Repair of Airplane and Helicopter stainless steel & inconel exhaust systems, turbine and reciprocal.

State of California contractors Licence #597197

1983 – Present  Received Federal Aviation Administration Airframe and Powerplant Mechanics Rating Certificate #3477906



| GORDON E. LAKSO | METALLURGICAL ENGINEER | CURRICULUM VITAE |
|---|---|---|

| | | |
|---|---|---|
| (925) 939-8595 Business | (925) 200-1051 Mobile | Materials & Methods |
| (925) 939-6198 Fax | | 1355 Summit Road |
| (925) 932-6367 Home | gelakso@comcast.net | Lafayette, CA 94549 |

### PROFILE
- Metallurgical Engineer with over 40 years of hands-on experience.
- Master of Science in Metallurgy and Bachelor of Science in Metallurgical Engineering.
- Registered Professional Engineer in California - No. 1663.
- Consultation and testimony for Product Liability for 37 years.

### PROFESSIONAL EXPERIENCE
- **Independent Consultant    Materials & Methods, Lafayette, CA    1996 - Present**
  Materials consultant to industry and law. Expert testimony and problem solving for aerospace, automotive, maritime, construction, power generation, recreation, food-processing, chemical and petrochemical industries, medical devices and instruments, electrical components, home appliances, steel mills and hand tools.

- **Chief Metallurgist    Anamet Laboratories, Inc., Hayward, CA    1972 - 1995**
  Failure analysis and consultation on an array of materials from a variety of industries. Headed Metallurgical group providing quality control testing and served as legal expert in numerous cases.

- **Technical Services Engineer    Airco Vacuum Metals, Berkeley    1969 - 1972**
  Coordinated production of metallurgical and mechanical properties data on electron beam refined grades of high-purity stainless steels and high-strength alloy steels. Developed technical procedure guides for fabrication and use of a new, nickel-free, stress corrosion resistant grade of stainless steel. Solved end-user problems and directed the conversion of ingot to pipe, plate, sheet, strip and wire at major specialty steel mills.

- **Commissioned Officer/Metallurgist    Redstone Arsenal, AL    1966 - 1968**
  Performed metallurgical evaluations of missile components for quality assurance. Principal investigator for material evaluations of several missile systems.

### PROFESSIONAL ACTIVITIES
- Professional Engineer in Metallurgy, California No. 1663.
- Past Chairman of Golden Gate Chapter of American Society for Materials Int. (ASMI) 1994-1995 and 1999-2000.
- Member of American Welding Society (AWS), National Association of Corrosion Engineers (NACE), American Foundrymen's Society (AFS), Society of Automotive Engineers (SAE) and American Society for Testing and Materials (ASTM).
- Past Chairman of Independent Metallurgical Consultants of California (IMECA) 1993-95.
- Member of the Society of Forensic Engineers & Scientists (SFES).

### EDUCATION
- Bachelor of Science, Metallurgical Engineering, South Dakota School of Mines and Technology, 1964.
- Master of Science, Metallurgy, Iowa State University, 1966.

### PUBLICATIONS
- Publications in Journal of Applied Physics, Transactions of the Metallurgical Society of AIME and others from 1966 to 1970.
- More than 2500 reports to clients on materials evaluations and failure analyses.

April 2009

EXHIBIT 2

Official Copy -- SANTA CLARA VALLEY
HEALTH & HOSPITAL SYSTEM
751 South Bascom Avenue
San Jose, California 95128
(408) 885-5000

*History and Physical*

*Dedicated to the Health
of the Whole Community*

---

**PATIENT:** YOST, ARTHUR
**DATE OF BIRTH:** 08/26/1967   AGE: 44
**MEDICAL RECORD NO.:** 0-322-49-23
**ATTENDING PHYSICIAN:** Elizabeth A Desmond, MD
**ADMISSION DATE:** 10/12/2011

**CHIEF COMPLAINT:** Right foot pain, status post fall from ladder.

**HISTORY OF PRESENT ILLNESS:** The patient is a 44-year-old male who fell from a ladder on 10/11/2011 and presented to the emergency room with complaints of right heel and foot pain. He denies any back pain or numbness and tingling in his legs. He denies any previous injury or pain elsewhere in his body.

**PAST MEDICAL HISTORY:** Positive for high blood pressure.

**HOME MEDICATIONS:** Lisinopril and metoprolol.

**ALLERGIES:** No known drug allergies.

**PAST SURGICAL HISTORY:**
1. The patient has a history of a splenectomy.
2. Open reduction, internal fixation of the left wrist.
3. External fixation of the right wrist.
4. Right leg varicose vein stripping.

**SOCIAL HISTORY:** The patient denies any tobacco use. He drinks alcohol occasionally. He works as an electrical engineer and a contractor.

**FAMILY HISTORY:** Noncontributory.

**REVIEW OF SYSTEMS:** Per the 10-point resident note dated 10/12/2011 at 2 a.m., positive only for right foot and ankle pain.

**PHYSICAL EXAMINATION:** The patient was examined at bedside. He is awake, alert and oriented x3. for full physical examination, please refer to the resident note of 10/12/2011 at 2 a.m. Focused examination of his right lower extremity shows that he has

History and Physical
10/12/2011
Page 1 of 2

YOST, ARTHUR
0-322-49-23


EXHIBIT 10

| | | |
|---|---|---|
| Official Copy -- Santa Clara<br>Valley Medical Center<br>History and Physical<br>10/12/2011 | Page 2 | YOST, ARTHUR<br><br><br>0-322-49-23 |

ecchymosis and mild edema along the foot and ankle. The calcaneus fracture fragment is palpable proximally with skin tenting. There is no excessive blanching of the skin over this area. There is some pinching of the skin medially, as well, at the fracture site. Distally, he has a palpable dorsalis pedis pulse. He has intact sensation to light touch in the first web space and is able to minimally wiggle his toes without significant pain. He does have pain at the heel and ankle with all range of motion.

**DIAGNOSTIC STUDIES:** X-rays of the right foot show a tongue-type right calcaneus fracture with proximal displacement of the fracture fragment.

**ASSESSMENT:** A 44-year-old male with a closed right tongue-type calcaneus fracture.

**PLAN:** The patient was placed in a bulky Jones splint in the emergency room. That was removed today for skin check. We recommend strict elevation and nonweightbearing of the right lower extremity. I had a discussion with the patient at the bedside and explained that this is deemed an urgent surgical recommendation, as the skin over the fracture fragment is being compromised by the displacement. I recommend urgent reduction and fixation. We will attempt to do percutaneous reduction. However, open reduction, internal fixation may be necessary.

The patient was reluctant regarding the urgent recommendation. However, after discussion of the risks of delayed care, which include skin breakdown, infection, possible need for skin coverage with flap and skin graft, and at worst, if a fulminant infection occurs, a possible amputation. He has elected to remain in-house. He has been added on to the operating room for surgical fixation. Informed consent has been obtained. His surgical site has been marked. Prior to the surgical procedure later today, we have ordered a CT to further assess the articular facets.

Electronically Authenticated by
Elizabeth A Desmond, MD 10/16/2011 08:45

_____          _____
Elizabeth A Desmond, MD, #049239          Date Signed


Dictated by: Elizabeth A Desmond, MD
EAD:MLT  d: 10/12/2011  t: 10/12/2011  Job: 000337978  Doc: 685420

cc:

| | |
|---|---|
| **History and Physical**<br>10/12/2011<br>Page 2 of 2 | YOST, ARTHUR<br>0-322-49-23<br>3SUR |

Official Copy -- SANTA CLARA VALLEY
HEALTH & HOSPITAL SYSTEM
751 South Bascom Avenue
San Jose, California  95128
(408) 885-5000

*Operation Report*

*Dedicated to the Health
of the Whole Community*

---

PATIENT:                    YOST, ARTHUR
DATE OF BIRTH:              08/26/1967     AGE: 44
MEDICAL RECORD NO.:         0-322-49-23

OPERATION DATE:             10/12/2011

SURGEONS:                   Elizabeth A Desmond, MD
                            David A McCall, MD

**PREOPERATIVE DIAGNOSIS:** Closed right tongue-type calcaneus fracture.

**POSTOPERATIVE DIAGNOSIS:** Closed right tongue-type calcaneus fracture.

**NAME OF OPERATION:** Open reduction and internal fixation right calcaneus, CPT 28415.

**ANESTHESIA:** General.
**ESTIMATED BLOOD LOSS:** Minimal.
**FLUID REPLACEMENT:** Crystalloid.
**IMPLANTS:** 6.5 cannulated screws with washer times two.

**INDICATIONS FOR PROCEDURE:** The patient is a 44-year-old male who sustained the above injury from a fall from height. He was seen in the Emergency Room and found to have the above injury with skin tenting at the proximal calcaneal fracture. The patient was splinted in plantar flexion, admitted for elevation and urgent reduction and fixation was recommended. The reasoning behind the urgent recommendation was secondary to the skin tenting.

The risks and benefits of this procedure were discussed with the patient at length. These include but are not limited to bleeding, infection, neurovascular damage, DVT, PE, the inherent risks of general anesthesia as well as in particular for this fracture site, significant risk of wound healing problems, posttraumatic osteoarthritis, ankle and foot stiffness and pain. The patient understood these risks. He elected to proceed. Informed consent was obtained.

---

Operation Report                                      YOST, ARTHUR
10/12/2011                                            0-322-49-23
Page 1 of 3


EXHIBIT 11

| Official Copy -- Santa Clara Valley Medical Center Operation Report 10/12/2011 | Page 2 | YOST, ARTHUR 0-322-49-23 |

**PROCEDURE IN DETAIL:** The patient was brought from his hospital room. His identification, informed consent and surgical site were verified. He was brought to the operating room. He was intubated without difficulty and positioned in the right lateral decubitus position with all bony prominences well padded. A Foley catheter was placed prior to turning in this position. A well-padded tourniquet was placed high on the right thigh. The patient's foot and ankle were inspected. He had increasing edema and significant edema along the lateral aspect. There was some blanching of the skin posteriorly at the tuberosity fracture fragment. He had palpable dorsalis pedis pulses. The limb was precleansed with chlorhexidine and alcohol. It was prepped and draped in the usual sterile fashion.

Time-out was called. The C-arm was brought in to verify the lateral, AP and Harris views were obtainable. A lateral skin incision was marked out; however, given the increasing edema I attempted to do everything short of an extensile lateral approach as it would be highly unlikely that we would be able to close the skin incision given the swelling that was present.

Using fluoroscopic assistance, the Steinmann pin was placed in the proximal tuberosity fragment. A threaded pin was placed in the distal fragment and manual reduction maneuvers were done with the foot held in plantar flexion. Using fluoroscopic assistance, we were able to get a satisfactory fracture reduction of the tuberosity and the posterior facet with the Harris view. We were able to bring the calcaneus out of decreased varus angulation.

The guide pin for the cannulated 6.5 screws were placed through percutaneous incisions lateral to the Achilles tendon. Fluoroscopic assistance was used for placement of the pins and to verify that the fracture remained reduced. The screws were measured. The proximal cortex drilled and then filled with the appropriate length cannulated screw with a washer. Both screws were placed; however, full compression was not placed until both screws were in position. We then sequentially tightened each screw which compressed the fracture fragment. The guide pins were removed and lateral and Harris views of the foot were taken, which again showed a satisfactory fracture reduction.

The Shantz pin and threaded guide pin were removed from the tuberosity which had been used for fracture reduction. The wounds were irrigated with sterile saline. The percutaneous pin sites were left open, and the skin incisions which had been made for the screw placement and fracture reduction clamp placement were closed with simple nylon suture. Sterile dressings were placed, overwrapped with sterile Webril, and the patient was placed in a bulky Jones splint with the ankle in dorsiflexion. He was extubated and

| Operation Report 10/12/2011 Page 2 of 3 | YOST, ARTHUR 0-322-49-23 10/13/2011   3SUR |

| | | |
|---|---|---|
| **Official Copy -- Santa Clara Valley Medical Center Operation Report** | | YOST, ARTHUR |
| 10/12/2011 | Page 3 | 0-322-49-23 |

transferred to the Recovery Room in stable condition.

**POSTOPERATIVE PROTOCOL:** The patient will be readmitted to the floor. He will be on strict bedrest, non-weight bearing on his right lower extremity with his right lower extremity elevated above the level of his heart for 48 hours. After 48 hours, the splint will be removed for a skin check. If the swelling is stable or reduced he will be placed back in a bulky Jones and plans will be made for discharge.

COMMENT: All CPT codes are not final until validated.


Electronically Authenticated by
Elizabeth A Desmond, MD 10/16/2011 08:45


_____     _____
Elizabeth A Desmond, MD, #049239    Date Signed


Dictated by: Elizabeth A Desmond, MD
EAD:CMT  d: 10/13/2011  t: 10/14/2011          Job: 000338111     Doc: 685862

cc:

0






EXHIBIT 16



# Materials & Methods

Consulting, Failure Analysis, Material Selection and Testing
1 of 2

February 10, 2014

Joe & Phil:
Figures A-D attached are of a Type II Rohm chuck.



**Figure A** photograph of Type II chuck parts. Cam contours inside the drum bear against the spring button to engage the ratchet gear.



**Figure B** photograph showing the jaws in the retracted position, the location of the ratchet gear and the spring which engages the ratchet gear. The serrations at mid-length are merely to prevent the frame from rotating in the sleeve carrying the spring (

Gordon E. Lakso, P.E.
1355 Summit Road
Lafayette, CA 94549

Office: (925) 9
Fax: (925) 9
Mobile: (925)



EXHIBIT 18

# Materials & Methods

Consulting, Failure Analysis, Material Selection and Testing                                    2 of 2



**Figure C** view of the spring which engages with the ratchet gear when the spring button is pushed in by the cams in the barrel.



**Figure 1 Figure D** view into the barrel showing the cams which bear against the spring button to engage the spring against the ratchet gear. The spring serves the function of the pawl as used on the Type I Chuck

Gordon E. Lakso, P.E.
1355 Summit Road
Lafayette, CA 94549

Office: (925) 939-8595
Fax: (925) 939-6198
Mobile: (925) 200-1051

**Product Information** | **Part Diagram**



**Details**

Model # **DCD970KL**

18V HAMMER DRILL

Select Type: 1  ⚠ This Model has more than 1 Type.

GRC Price: $99.99
What's GRC?

**Downloads**    PRINT DOC | EMAIL

Exploded Art - Default

Instruction Manual

**Order Parts By Diagram ▶**

Enter the quantity for each part you wish to purchase. When you are finished, select "Add Parts to Cart". Click the item # to see the part in the interactive diagram.

**Add Parts to Cart**

| Item # | Part # | Image | Description | Notes | # in Model | List Price | Your Cost | Availability | Order Qty. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | N026315 | | GEARCASE ASSY | | 1 | $90.14 | $90.14 | Available | |
| 23 | N135767 | | CONVERSION KIT T1-T2 | XRP5 Hammerdrills | 1 | $59.13 | $59.13 | Available | |
| 24 | 652378-00 | | RETAINING PLATE | | 1 | $5.20 | $5.20 | Available | |
| 25 | 650470-00 | | LOCK RING | | 1 | $4.63 | $4.63 | Available | |
| 26 | 652379-00 | | ANVIL | Double D | 1 | $0.98 | $0.98 | Available | |
| 27 | 654110-00 | | PIN | | 5 | $0.81 | $0.81 | Available | |
| 28 | N017098SV | | GEAR ASS'Y. | | 1 | $6.61 | $6.61 | Available | |
| 29 | N022262 | | COMPRESSION | | 1 | $1.00 | $1.00 | | |

**Add Parts to Cart**

**View Shopping Cart**



**Röhm GmbH**
Sontheim an der Brenz

November 25, 2009

Dear Sirs,

In the past there has been allegations and rumours in the market, that certain chucks of Röhm might infringe one or more patents of our competitor Jacobs Chuck Manufacturing Company in the North-American market. It was the constant aim of Röhm to eliminate any hindrance for the marketing of our chucks and to disburden our customers from complicated legal questions.

We wish to inform you that Röhm reached an agreement with Jacobs, which includes a worldwide license for all our existing keyless chucks. This settlement prevents future disputes over the potential infringement of any licensed patent from Jacobs respectively Röhm.

In order to specify the details of this new situation we have stated hereafter certain paragraphs of our common agreement with Jacobs:

### SETTLEMENT AGREEMENT

This Settlement Agreement is entered into by and between Jacobs Chuck Manufacturing Company and Power Tool Holders Incorporated (hereinafter collectively or individually „Jacobs") both Delaware Corporations, and Röhm GmbH, a company incorporated under the laws of Germany, and the Estate of the Late Günter Horst Röhm (hereinafter collectively or individually „Röhm").

Whereas, the parties desire to amicably settle the past and current disputes between them.

Therefore, the parties, in consideration of the following mutual promises and covenants, hereby agree as follows:

Release and License

Jacobs, on behalf of itself and its Affiliates, hereby irrevocably releases Röhm and its Affiliates and its customers, from any and all claims of infringement, prior to the Effective Date, of any Licensed Jacobs Patent for any existing product of Röhm.

Jacobs grants to Röhm and its Affiliates a royalty-free, non-exclusive worldwide license under the Licensed Jacobs Patents for Röhm to make, use, sell, offer for sale and/or import, anywhere in the world, any Existing Product that is (a) covered by any claim(s) of any Licensed Jacobs Patent and manufactured in a facility wholly owned by Röhm and/or its Affiliates. This license as a so called negative license is exercised by Röhm in that Röhm has the right to make, use, sell, offer for sale and/or import the existing products of Röhm.



**Röhm GmbH**
Sontheim an der Brenz



Confidentiality

The terms of this Agreement will be kept confidential and will not be disclosed to third parties, except that:

Röhm may inform its customers and potential customers of the existence of the settlement agreement and of the license of the Licensed Jacobs Patents, if such customers or potential customers inquire about potential infringement of the Licensed Jacobs Patents or have been contacted by Jacobs about such infringement, but the substance of such description will be limited to the existence of the settlement and license for existing products, that the parties have amicably settled their differences, and that the agreement between the parties prevents further discussion of the settlement.

JACOBS CHUCK MANUFACTURING COMPANY

By: /s/ Thomas Warner
Name: THOMAS WARNER
Title: Business Unit Director
Date: 29 July 2009

RÖHM GMBH

By: /s/ Fried
Name: Dr. Michael Fried
Title: C.E.O.
Date: 29 07.09

We would appreciate if you could share this information with all areas of your company which are related to drill chuck business.

If you have further questions please do not hesitate to contact us.

Yours sincerely,

BDUS000997