1  Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
   CARCIONE, CATTERMOLE, DOLINSKI,
2  STUCKY, MARKOWITZ & CARCIONE, L.L.P.
   E-mail: carcionelaw@yahoo.com
3  1300 S. El Camino Real, Suite 300
   P.O. Box 5429
4  San Mateo, CA 94402
   Telephone: (650) 367-6811
5  Facsimile: (650) 367-0367

6  Aaron B. Markowitz, Esq. (State Bar No. 220694)
   MARKOWITZ LAW GROUP
7  E-mail: abm@markowitzlawgroup.com
   501 Stockton Avenue, Suite 105
8  San Jose, CA 95126
   Telephone: (408) 642-5937
9  Facsimile: (408) 516-9576

10 Attorneys for Plaintiffs

11

12             UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14             SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  ARTHUR R. YOST, JR.; ERIKA YOST, | Case No. CV-12-03969-JST |
| 17           Plaintiffs, | [Assigned to Judge Jon S. Tigar] |
| 18  vs. | Related Case: Yost v. Rohm Co., Ltd. |
| 19  DEWALT INDUSTRIAL TOOL CO.; | No. 4:13-cv-5203-JST |
|     PLATT ELECTRIC SUPPLY, INC., DOES | |
| 20  1 TO 100, | JOINT STIPULATION OF THE PARTIES AND [PROPOSED] ORDER TO EXTEND |
| 21           Defendants.                    / | TIME FOR EXPERT DESIGNATION |
| 22  | [Civil L. R. 6-2, 7-12] |

23        WHEREAS on October 23, 2012, this Court set the following deadlines for discovery:

24        Last Day for Expert Disclosures:                    December 3, 2013

25

26        AND WHEREAS on July 3, 2013, this Court modified the schedule pursuant to

27  stipulation of the parties as follows:

28        Initial Expert Disclosures by:                      November 15, 2013

1     AND WHEREAS on October 16, 2013, this Court modified the schedule pursuant to
2 stipulation of the parties as follows:
3     Initial Expert Disclosures by:                                      December 16, 2013

5     AND WHEREAS on December 10, 2013, this Court modified the schedule pursuant to
6 stipulation of the parties as follows:
7     Initial Expert Disclosures by:                                              March 7, 2014

9     AND WHEREAS on February 28, 2014, this Court modified the schedule pursuant to
10 stipulation of the parties as follows:
11     Initial Expert Disclosures by:                                            March 17, 2014

13     AND WHEREAS the parties have completed non-expert discovery, but need an
14 additional ten (10) days for their experts to finish their reports and complete their designations.

16     AND WHEREAS the parties do not believe that this additional time for expert
17 disclosures and reports will affect the trial date or any other deadlines in this matter.

19     AND WHEREAS Judge Ronald Sabraw (Retired) is mediating this case and believes
20 that delaying the expert disclosures by ten (10) days may help facilitate a resolution of this case
21 by way of settlement.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. The parties jointly ask this Court to Amend the Scheduling Order in this manner as follows:

Initial Expert Disclosures by: March 27, 2014

2. All other dates to remain the same.

IT IS SO STIPULATED.

Dated: March 12, 2014

CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE, LLP

By: _____
Joseph W. Carcione, Jr.
Joshua S. Markowitz
Attorneys for Plaintiffs
Arthur R. Yost, Jr. and Erika Yost

Dated: March 12, 2014

HAIGHT, BROWN & BONESTEEL, LLP

By: _____
Kevin R. Crisp
Lee Marshall
Jeffrey A. Vinnick
Attorney for Defendants
Stanley Black & Decker (U.S.) Inc. and Platt Electrical Supply, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 13, 2014

Honorable J...
Judge Unite...

*[Stamp: IT IS SO ORDERED / Judge Jon S. Tigar / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*