UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR R YOST, et al., | |
|---|---|
| Plaintiffs, | Case No. 12-cv-03969-JST |
| v. | **ORDER TO FILE STIPULATION OF DISMISSAL** |
| DEWALT INDUSTRIAL TOOL CO., et al., | Re: ECF No. 60 |
| Defendants. | |

The parties stated on the record on March 27, 2014, that they have settled this action. See ECF No. 60. Accordingly, all deadlines and hearings in this case are VACATED. By May 12, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on May 28, 2014, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 28, 2014

_____
JON S. TIGAR
United States District Judge